In re:  Case No. 17-03882-HWV
Saleh Mohamed Elazouni  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: CGambini     Page 1 of 2     Date Rcvd: Oct 31, 2017
                  Form ID: ntcnfhrg     Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2017.

```
db           +Saleh Mohamed Elazouni,    228 S 20th Street,    Harrisburg, PA 17104-1913
4970042      +CALIBER HOME LOANS (CORRESPONDENCE),    CUSTOMER SERVICE,    PO BOX 24610,
               OKLAHOMA CITY, OK 73124-0610
4970043       CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
4970044      +CAPITAL REGION WATER,    100 PINE DRIVE,    HARRISBURG, PA 17103-1260
4970045      +CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
4970047      +CHASE,    800 BROOKSEDGE BLVD,    WESTERVILLE, OH 43081-2822
4970048      +CITY OF HARRISBURG,    BUR OF OPERATIONS & REVENUE,    10 NORTH SECOND STREET,
               HARRISBURG, PA 17101-1677
4970051      +DAUPHIN COUNTY TAX CLAIM,    2 SOUTH 2ND STREET,    HARRISBURG, PA 17101-2047
4970054      +DSNB MACYS,    BK NOTICES,    PO BOX 8053,    MASON, OH 45040-8053
4970055      +FIRST PREMIER BANK,    3820 N LOUISE AVENUE,    SIOUX FALLS SD 57107-0145
4970056      +HEATHER STONE,    9 WESTWOOD COURT,    ENOLA, PA 17025-1508
4970059       JOSEPH THOMAS SUCEC ESQUIRE,    325 PEACH GLEN-IDAVILLE ROAD,    GARDNERS, PA 17324
4970061      +MAHMOUD AWAD,    35 GENESIS COURT,    MIDDLETOWN, PA 17057-1177
4970062       MARKET PLACE LOAN TRUST 2016-CB1,    PO BOX 1719,    PORTLAND, OR 97207-1719
4970064       SEARS/CBNA,    PO BOX 6286,    SIOUX FALLS, SD 57117-6286
4970067      +THD/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
4970068      +TOYOTA FINANCIAL SERVICES-BK Notices,    19001 S WESTERN AVENUE,    PO BOX 2958,
               TORRANCE, CA 90509-2958
4982397      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
4970069      +UNEMP COMP OVERPAYMENT MATTERS,    DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
               651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
4970070      +UNEMPL COMP TAX MATTERS,    HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
               HARRISBURG, PA 17121-0751
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4970041       E-mail/Text: banko@berkscredit.com Oct 31 2017 19:18:15      BERKS CREDIT & COLLECTIONS INC,
               PO BOX 329,    TEMPLE, PA 19560-0329
4970046      +E-mail/Text: dehartstaff@pamd13trustee.com Oct 31 2017 19:18:46      CHARLES J DEHART, III, ESQ.,
               8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4970049       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 31 2017 19:18:25      COMM OF PA DEPT OF REVENUE,
               BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
4970050       E-mail/PDF: creditonebknotifications@resurgent.com Oct 31 2017 19:17:47      CREDITONE BANK,
               CUSTOMER BILLING AND CORRESPONDENCE,    PO BOX 98873,    LAS VEGAS, NV 89193-8873
4970052       E-mail/Text: mrdiscen@discover.com Oct 31 2017 19:18:02      DISCOVER BANK,    12 READS WAY,
               NEW CASTLE, DE 19720
4970053      +E-mail/Text: dplbk@discover.com Oct 31 2017 19:18:43      DISCOVER PERSONAL LOANS,
               PO BOX 30954,    SALT LAKE CITY, UT 84130-0954
4974240       E-mail/Text: mrdiscen@discover.com Oct 31 2017 19:18:02      Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany Ohio 43054-3025
4970057       E-mail/Text: cio.bncmail@irs.gov Oct 31 2017 19:18:13      INTERNAL REVENUE SERVICE - CIO,
               PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4970060      +E-mail/Text: bk@lendingclub.com Oct 31 2017 19:18:46      LENDING CLUB,    71 STEVENSON, STE 300,
               SAN FRANCISCO, CA 94105-2985
4970063      +E-mail/Text: bkr@cardworks.com Oct 31 2017 19:18:01      MERRICK BANK COURT NOTICES,
               PO BOX 9201,    OLD BETHPAGE, NY 11804-9001
4970715      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 31 2017 19:24:00
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4985311       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 31 2017 19:18:26
               Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
               Harrisburg PA 17128-0946
4970065      +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2017 19:17:15      SYNCB/LOWES,    PO BOX 965004,
               ORLANDO, FL 32896-5004
4970066      +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2017 19:17:15      SYNCB/WALMART,    PO BOX 965024,
               ORLANDO, FL 32896-5024
                                                                                              TOTAL: 14
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4973086*     +Discover Personal Loans,    PO Box 30954,    Salt Lake City, UT 84130-0954
4970058*      IRS CENTRALIZED INSOLVENCY ORGANIZATION,    PO BOX 7346,    PHILADELPHIA, PA 19101-7346
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Jerome B Blank    on behalf of Creditor    HE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MORTGAGE
           LOAN TRUST 2007-1 pamb@fedphe.com
          Kara Katherine Gendron    on behalf of Debtor 1 Saleh Mohamed Elazouni karagendronecf@gmail.com,
           doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Saleh Mohamed Elazouni<br>Debtor(s) | Chapter | 13 |
| | Case No. | 1:17−bk−03882−HWV |

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor is scheduled for the date indicated below.

**November 30, 2017** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: December 13, 2017<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 31, 2017 |