```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                       Case No. 17-03882-HWV
Saleh Mohamed Elazouni                                                       Chapter 13
         Debtor                        CERTIFICATE OF NOTICE
District/off: 0314-1           User: CGambini              Page 1 of 1                  Date Rcvd: May 14, 2018
                               Form ID: orsign             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
cr             MARKET PLACE LOAN TRUST 2016-CB1,    PO BOX 1719,    PORTLAND, OR  97207-1719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Saleh Mohamed Elazouni DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    THE BANK OF NEW YORK MELLON, et. al. pamb@fedphe.com
              Jerome B Blank    on behalf of Creditor    HE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MORTGAGE
               LOAN TRUST 2007-1 pamb@fedphe.com
              Kara Katherine Gendron    on behalf of Debtor 1 Saleh Mohamed Elazouni karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

orsign(rev 07/15)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Saleh Mohamed Elazouni  **Debtor(s)**

Chapter 13

Case No. 1:17−bk−03882−HWV

## Order

    The Transfer of Claim submitted for filing has not been signed or does not contain an original signature pursuant to FRBP 9011.

    **IT IS SO ORDERED**, unless an original signed Transfer of Claim is received by the Bankruptcy Clerk's Office on or before **May 21, 2018**, the Transfer of Claim may be stricken by Court order and dismissed.

Dated: May 14, 2018

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: CGambini, Deputy Clerk