```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                 Case No. 17-03882-HWV
Saleh Mohamed Elazouni                                                 Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0314-1          User: CGambini              Page 1 of 1              Date Rcvd: May 14, 2018
                              Form ID: trc                Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
4970062        MARKET PLACE LOAN TRUST 2016-CB1,    PO BOX 1719,    PORTLAND, OR 97207-1719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Saleh Mohamed Elazouni DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    THE BANK OF NEW YORK MELLON, et. al. pamb@fedphe.com
              Jerome B Blank    on behalf of Creditor    HE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MORTGAGE
               LOAN TRUST 2007-1 pamb@fedphe.com
              Kara Katherine Gendron    on behalf of Debtor 1 Saleh Mohamed Elazouni karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-03882-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Saleh Mohamed Elazouni
228 S 20th Street
Harrisburg PA 17104

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/14/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: MARKET PLACE LOAN TRUST 2016-CB1, PO BOX 1719, PORTLAND, OR 97207-1719 | Grassy Sprain Group<br>Suite C-11 No 217<br>9858 Clint Moore Rd<br>Boca Raton, FL 33496<br>Grassy Sprain Group<br>Suite C-11 No 217 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/16/18

Terrence S. Miller
**CLERK OF THE COURT**