B 2100A (Form 2100A) (12/15)



UNITED STATES BANKRUPTCY COURT
Middle District of Pennsylvania

In re Saleh Elazouni         Case No.: 17-03882

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Grassy Sprain Group**
Name of Transferee

**MarketPlace Loan Trust 2016-CB1**
Name of Transferor

Name and Address where notices should be sent:
Grassy Sprain Group
Suite C-11, #217
9858 Clint Moore Rd
Boca Raton, FL 33496

Court Claim #: 6
Amount of Claim: $10684.11
Date of Claim: 10/3/2017

Phone: 914-337-7300
Account #: 5100054524

Name and Address where payments should be sent:
Same as Above

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 5/14/18
Transferee/Transferee's Authorized Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 & 3571.*