IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
SALEH MOHAMED ELAZOUNI :
    Debtor : CASE NO. 1:17-bk-03882
:
:
:

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 13, 2018, I served a copy of the Third Amended Plan and Notice electronically or by placing the same in the United States Mail, First Class, postage pre-paid, addressed as follows on the following parties:

| Name and Address | Mode of Service |
|---|---|
| CHARLES J DEHART, III ESQUIRE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036<br>dehartstaff@pamd13trustee.com | Electronically |
| TOYOTA MOTOR CREDIT CORPORATION<br>ATT MICHAEL R GROFF PRESIDENT<br>6565 HEADQUARTERS DRIVE<br>PLANO, TX 75024 | First Class Mail, Postage Prepaid |

I certify under penalty of perjury that the foregoing is true and correct.
Date: 06/13/2018

    /s/Dorothy L Mott
    _____
    Dorothy L Mott, Esquire
    Atty ID #43568
    Dorothy L. Mott Law Office, LLC
    125 State Street
    Harrisburg, PA 17101
    (717) 232–6650 TEL
    (717) 232-0477 FAX
    doriemott@aol.com