IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| SALEH MOHAMED ELAZOUNI : | |
|     Debtor : | CASE NO. 1:17-bk-03882 |
| : | |
| THE BANK OF NEW YORK MELLON, : | |
| as Trustee for CIT Mortgage Loan Trust : | |
| 2007-1, : | |
|     Movant : | |
| : | |
| v. : | |
| : | |
| SALEH MOHAMED ELAZOUNI , : | |
|     Respondent : | |
| : | |
| : | |

## ANSWER TO MOTION FOR RELIEF FROM STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Proof of default is demanded at trial and this paragraph is therefore denied pending Debtor's review of payments made.

5. Debtor was in arrears of less than two thousand dollars at the time the bankruptcy was filed and the allegation that foreclosure was contemplated is therefore denied.

6. Proof of default is demanded at trial and this paragraph is therefore denied pending Debtor's review of payments made.

7. Denied that Movant has demonstrated cause for relief.

8. Admitted.

9. Denied that Rule 4001(a)(3) should not be applicable and denied that the Movant should be allowed to immediately enforce and implement the Order granting relief from the automatic stay.

10. Denied that Rule 3002.1 should not be applicable.

WHEREFORE, the Debtor respectfully requests that this Court deny the motion for relief filed by the Movant and grant such other relief as this Court deems just.

Respectfully submitted,

/s/ Dorothy L. Mott
_____
Dorothy L. Mott, Esquire
Mott & Gendron Law
Attorney ID # 43568
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
doriemott@aol.com