```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 17-03882-HWV
Saleh Mohamed Elazouni                                              Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1    User: CGambini    Page 1 of 1    Date Rcvd: Sep 03, 2019
                       Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2019.
5047701      +THE BANK OF NEW YORK MELLON AS TRUSTEE ET. AL.,   CALIBER HOME LOANS, INC.,
            13801 WIRELESS WAY,   OKLAHOMA CITY OK 73134-2500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2019 at the address(es) listed below:
        Andrew M. Lubin   on behalf of Creditor   The Bank of New York Mellon, successor to The Bank of
         New York, not in its individual capacity but solely as Trustee on behalf of the holders of the
         CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif alubin@milsteadlaw.com
        Brian C Nicholas   on behalf of Creditor   Toyota Motor Credit Corporation
         bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        Dorothy L Mott   on behalf of Debtor 1 Saleh Mohamed Elazouni DorieMott@aol.com,
         KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
        James  Warmbrodt   on behalf of Creditor   The Bank of New York Mellon, successor to The Bank of
         New York, not in its individual capacity but solely as Trustee on behalf of the holders of the
         CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bkgroup@kmllawgroup.com
        James  Warmbrodt   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
        Jerome B Blank   on behalf of Creditor   HE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MORTGAGE
         LOAN TRUST 2007-1 pamb@fedphe.com
        Jerome B Blank   on behalf of Creditor   THE BANK OF NEW YORK MELLON, et. al. pamb@fedphe.com
        Kara Katherine Gendron   on behalf of Debtor 1 Saleh Mohamed Elazouni karagendronecf@gmail.com,
         doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
        Thomas  Song   on behalf of Creditor   THE BANK OF NEW YORK MELLON, et. al. pamb@fedphe.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                            TOTAL: 11

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-03882-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Saleh Mohamed Elazouni
228 S 20th Street
Harrisburg PA 17104

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/30/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 16: THE BANK OF NEW YORK MELLON AS TRUSTEE ET. AL., CALIBER HOME LOANS, INC., 13801 WIRELESS WAY, OKLAHOMA CITY OK 73134 | The Bank of New York Mellon<br>c/o Select Portfolio Servicing, Inc.<br>The Bank of New York Mellon<br>c/o Select Portfolio Servicing, Inc. |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  09/05/19

Terrence S. Miller
**CLERK OF THE COURT**