IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| SALEH MOHAMED ELAZOUNI | : | |
|    Debtor | : | CASE NO. 1:17-bk-03882 |
| | : | |
| | : | |
| | : | |

## REQUEST FOR CERTIFIED DOCUMENT/ORDER

COMES NOW the Debtor, by and through Dorothy L. Mott, Esquire of Mott & Gendron Law, and hereby Requests that an electronic certified copy of the following document be email to the undersigned at the email address provided below.

Docket entry 69: Order Approving Sale.

                                                      Respectfully submitted,

                                                      /s/ Dorothy L. Mott
                                                      _____

                                                      Dorothy L. Mott, Esquire
                                                      Attorney ID #: 43568
                                                      Mott & Gendron Law
                                                      125 State Street
                                                      Harrisburg, PA 17101
                                                      (717) 232–6650 TEL
                                                      (717) 232-0477 FAX
                                                      doriemott@aol.com