```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                               Case No. 17-03882-HWV
Saleh Mohamed Elazouni                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1         User: AutoDocke         Page 1 of 1         Date Rcvd: Jul 23, 2020
                             Form ID: pdf010         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2020.
4970044        +CAPITAL REGION WATER,    100 PINE DRIVE,    HARRISBURG, PA 17103-1260
4970051        +DAUPHIN COUNTY TAX CLAIM,    2 SOUTH 2ND STREET,    HARRISBURG, PA 17101-2047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2020 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of
               New York, not in its individual capacity but solely as Trustee on behalf of the holders of the
               CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif alubin@milsteadlaw.com
              Brian C Nicholas    on behalf of Creditor    Toyota Motor Credit Corporation
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Saleh Mohamed Elazouni DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of
               New York, not in its individual capacity but solely as Trustee on behalf of the holders of the
               CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    HE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MORTGAGE
               LOAN TRUST 2007-1 pamb@fedphe.com
              Jerome B Blank    on behalf of Creditor    THE BANK OF NEW YORK MELLON, et. al. pamb@fedphe.com
              Kara Katherine Gendron    on behalf of Debtor 1 Saleh Mohamed Elazouni karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              Mario J. Hanyon    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of
               New York, not in its individual capacity but solely as Trustee on behalf of the holders of the
               CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif pamb@fedphe.com
              Thomas Song    on behalf of Creditor    THE BANK OF NEW YORK MELLON, et. al. pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| SALEH MOHAMED ELAZOUNI : | |
|     Debtor : | CASE NO. 1:17-bk-03882 |
| : | |
| SALEH MOHAMED ELAZOUNI : | |
|     Movant : | |
| : | |
| v. : | |
| : | |
| The Bank of New York Mellon, successor : | |
| to The Bank of New York, not in its : | |
| individual capacity but solely as Trustee : | |
| on behalf of the holders of the CIT : | |
| Mortgage Loan Trust, 2007-1 Asset- : | |
| Backed Certificates, Series 2007-1; : | |
| SELECT PORTFOLIO SERVICING, : | |
| INC.; DAUPHIN COUNTY TAX CLAIM : | |
| BUREAU; CAPITAL REGION WATER, : | |
| CHARLES J DEHART III, ESQUIRE, : | |
| TRUSTEE : | |
|   Respondents : | |

## ORDER

UPON consideration of the Motion for Approval of Sale, and it appearing that no Objection or Answer was filed to the Motion by the time set forth in an Order, good reason appearing therefore, no objections appearing thereto, it is hereby

ORDERED AND DECREED that the delay in efficacy of the Order pursuant to the Motion be waived pursuant to Federal Rules of Bankruptcy Procedure Rule 6004(h), because time is of the essence; and
    IT IS FURTHER ORDERED AND DECREED that the relief prayed for in the Motion for Approval of Sale of Certain Property is hereby granted.

Dated: July 23, 2020    By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (JH)