# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*

Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET,  HARRISBURG, PENNSYLVANIA 17101
Website:  http://www.mottgendronlaw.com

Dorothy L. Mott, Esquire                                                Telephone: (717) 232-6650
Kara K. Gendron, Esquire                                                      Fax:  (717) 232-0477

August 14, 2020

CLERK, U.S. BANKRUPTCY COURT
THE RONALD REAGAN FEDERAL BUILDING
228 WALNUT STREET, ROOM 320
HARRISBURG, PA 17101

Re:   Saleh Mohamed Elazouni
        BANKRUPTCY CASE NO:1:17-bk-03882

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address for the above referenced debtor to:

407 Beaver Street, Apt B
Enola, PA 17025

Please remove old address from mailing matrix.

228 S 20th Street
Harrisburg, PA 17104

Thank you for your attention to this matter.

Sincerely,

/s/ Elizabeth Snyder
Elizabeth Snyder, Paralegal