# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Saleh Mohamed Elazouni
Debtor

Saleh Mohamed Elazouni
Movant

vs,

DAUPHIN COUNTY TAX CLAIM; CITY OF HARRISBURG; CAPITAL REGION WATER; CHARLES J DeHART, III, TRUSTEE,
Respondents

Chapter:13

Case number:1:17-bk-03882

Matter: Motion for Approval of Sale of Real Estate located at 64 N 14th Street, Harrisburg, PA

## Amended Notice

Notice is hereby given that:

The Debtors, Saleh Mohamed Elazouni and , who resides at 407 Beaver Street, Apt B, Enola, PA 17025 has applied to the Court seeking authority to sell real estate at 64 N 14th Street, Harrisburg, PA to Honest Home Solutions, LLC for the sum of approximately $30,000.00. This is an arms length transaction. The settlement date is April 15, 2021, or before if Buyer and Seller agree. Settlement will occur in the county where the Property is located or in an adjacent county, during normal business hours, unless Buyer and Seller agree otherwise. Inquiries regarding the sale, statements describing the property or examination of the property may be directed to Debtors' counsel at the address listed below. The sale may be subject to higher and better offers and will not be advertised.

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002-1(a), the Court will consider this motion, objection or other matter without further notice or hearing unless a party in interest files an objection/response within twenty-one (21) days of the date of the notice. If you object to the relief requested, you must file your objection/response with the Clerk, U. S. Bankruptcy Court, 228 Walnut Street, Third Floor, Harrisburg PA 17101 and serve a copy on the movant and movant's attorney, if one is designated.

Copies of all documents filed in connection with this matter are available for inspection at the Clerk's office located on the Third Floor of the Ronald Reagan Federal Building, Third and Walnut Streets, Harrisburg, PA 17101.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Date: March 17, 2021

Dorothy L. Mott, Esquire
Attorney ID #43568
Dorothy L Mott Law Office, LLC
125 State Street
Harrisburg PA 17101
(717)232-6650 TEL
(717)232-0477 FAX
doriemott@aoll.com