# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*
Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET,  HARRISBURG, PENNSYLVANIA 17101
Website:  http://www.mottgendronlaw.com

| | |
|---|---|
| Dorothy L. Mott, Esquire | Telephone: (717) 232-6650 |
| Kara K. Gendron, Esquire | Fax:  (717) 232-0477 |

March 30, 2021

MIDDLE DISTRICT OF PENNSYLVANIA
US BANKRUPTCY COURT
228 WALNUT STREET, RM 320
HARRISBURG, PA 17101

Re:   Saleh Mohamed Elazouni
        Bankruptcy No:1:17-bk-03882

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address of the creditor listed below for the above-referenced client from:


to:

TOYOTA FINANCIAL SERVICES-BK Notices
PO BOX 9013
ADDISON, TX 75001


Please remove old address from mailing matrix.

Toyota Financial Services - BK Notices
19001 S Western Avenue
PO Box 2958
Torrance, CA 90509-2958

Thank you for your attention to this matter.

Sincerely,

/ s/ Elizabeth Snyder

Elizabeth Snyder, Paralegal
Dorothy L. Mott, Attorney at Law
Kara K. Gendron, Attorney at Law