IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SALEH MOHAMED ELAZOUNI | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| | : | |
| SALEH MOHAMED ELAZOUNI | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| DAUPHIN COUNTY TAX CLAIM; | : | |
| CITY OF HARRISBURG; CAPITAL | : | |
| REGION WATER; CHARLES J. | : | |
| DEHART, III, CHAPTER 13 TRUSTEE | : | |
| Respondents | : | CASE NO. 1-17-bk-03882-HWV |

## TRUSTEE'S OBJECTION TO DEBTOR'S MOTION FOR APPROVAL OF THE SALE OF CERTAIN PROPERTY
(64 N. 14th Street, Harrisburg, PA)

AND NOW, this 30th day of March, 2021, comes Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, James K. Jones, and responds to debtor's Motion for Approval of Sale of Certain Property as follows:

1) Respondent Charles J. DeHart, III is the duly appointed Trustee for this case.

2) Trustee does not object to the sale of debtor's real estate as set forth in the motion.

3) Trustee objects to a flat fee of $1,500.00 for attorney fees as set forth in Paragraph 10 of the motion as a lodestar fee calculated after the closing of the sale would be a more appropriate method to determine the reasonable compensation and expenses due.

4) Debtor's counsel should be directed to escrow $1,500.00 from the sale proceeds and be compensated for reasonable services and expenses as determined after a review of a fee application. Any remaining funds should be paid to the Trustee towards unsecured claims through the plan.

WHEREFORE, your Trustee respectfully requests Your Honorable court to approve the sale as requested in debtor's motion. Debtor's counsel should be directed to escrow the requested fees and to thereafter submit a fee application to justify reasonable compensation and expenses. Any remaining proceeds after counsel is compensated are to be paid to Trustee for distribution to allowed unsecured claims filed in this case.

Respectfully submitted,

Charles J. Dehart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717)566-6097

BY: /s/James K. Jones
Attorney for Trustee
jkjones@pamd13trustee.com

CERTIFICATE OF SERVICE

        AND NOW, this   30th   day of March, 2021, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Dorothy L. Mott, Esquire
125 State Street
Harrisburg, PA   17101

                                            /s/Deborah A. Behney
                                            Office of Charles J. DeHart, III
                                            Standing Chapter 13 Trustee