IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1:17-bk-03882 |
| SALEH MOHAMED ELAZOUNI<br>　　Debtor | : | CHAPTER 13 |
| SALEH MOHAMED ELAZOUNI<br>　　Movant | : | |
| v. | : | |
| DAUPHIN COUNTY TAX CLAIM;<br>CITY OF HARRISBURG; CAPITAL<br>REGION WATER; CHARLES J<br>DEHART III, ESQUIRE, TRUSTEE<br>　　Respondent(s) | : | |

## ORDER

UPON consideration of the Motion for Approval of Sale of 62 N. 14th Street, Harrisburg, PA, Trustee's objection thereto, and all other matters of record,

IT IS ORDERED AND DECREED that the delay in efficacy of the Order pursuant to the Motion be waived pursuant to Federal Rules of Bankruptcy Procedure Rule 6004(h), because time is of the essence; and

IT IS FURTHER ORDERED AND DECREED that the relief prayed for in the Motion for Approval of Sale of Certain Property is hereby granted and the proceeds shall be distributed as follows:

| Distributee | Reason |
|---|---|
| 1. Various entities | Recording fees, escrow fees, discount points, document preparation fees, appraisal fees, municipal liens, real estate taxes, inspection fees, realtor commissions, notarization charges and other incidental and ordinary costs of settlement, if any, required to be paid by Debtor as seller. |
| 2. Dorothy L. Mott, Esquire | Attorney Fees -- $1,500.00 to be escrowed Pending the approval of a fee application |
| 3. Dauphin County Tax Claim Bureau | Delinquent taxes, if any |
| 4. City of Harrisburg | Delinquent municipal charges, if any |
| 5. Capital Region Water | Delinquent municipal charges, if any |

6. Charles J. Dehart, III,   Non-exempt equity to be distributed to allowed unsecured claims up to the amount necessary to pay all claims

7. Saleh Mohamed Elazouni   Balance