IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1:17-bk-03882 |
| SALEH MOHAMED ELAZOUNI  Debtor | : | CHAPTER 13 |
| SALEH MOHAMED ELAZOUNI  Movant | : | |
| v. | : | |
| DAUPHIN COUNTY TAX CLAIM; CITY OF HARRISBURG; CAPITAL REGION WATER; CHARLES J DEHART III, ESQUIRE, TRUSTEE  Respondent(s) | : | |

## WITHDRAWAL OF MOTION FOR APPROVAL OF THE SALE OF CERTAIN PROPERTY

The Debtor hereby withdraws the motion for approval to sell real estate at at 64 N 14th St, Harrisburg, PA, that was filed on March 17, 2021 at docket number 73. The trustee does not oppose the withdrawal of the motion.

Respectfully submitted,

   /s/ Dorothy L. Mott
Dorothy L. Mott, Esquire
Attorney ID #43568
Dorothy L Mott Law Office, LLC
125 State Street
Harrisburg PA  17101
(717)232-6650 TEL
(717)232-0477 FAX
doriemott@aoll.com