IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1:17-bk-03882 |
| SALEH MOHAMED ELAZOUNI<br>   Debtor | : | CHAPTER 13 |
| SALEH MOHAMED ELAZOUNI<br>   Movant | : | |
| v. | : | |
| DAUPHIN COUNTY TAX CLAIM;<br>CITY OF HARRISBURG; CAPITAL<br>REGION WATER; CHARLES J<br>DEHART III, ESQUIRE, TRUSTEE<br>   Respondent(s) | : | |

## WITHDRAWAL OF MOTION FOR APPROVAL OF THE SALE OF CERTAIN PROPERTY

    The Debtor hereby withdraws the motion for approval to sell real estate at at 62 N 14th St, Harrisburg, PA, that was filed on March 17, 2021 at docket number 75. The trustee does not oppose the withdrawal of the motion.

    Respectfully submitted,

    /s/ Dorothy L. Mott
    Dorothy L. Mott, Esquire
    Attorney ID #43568
    Dorothy L Mott Law Office, LLC
    125 State Street
    Harrisburg PA 17101
    (717)232-6650 TEL
    (717)232-0477 FAX
    doriemott@aoll.com