# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*
Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET, HARRISBURG, PENNSYLVANIA 17101
Website: http://www.mottgendronlaw.com

Dorothy L. Mott, Esquire  Telephone: (717) 232-6650
Kara K. Gendron, Esquire  Fax: (717) 232-0477

November 12, 2021

CLERK, U.S. BANKRUPTCY COURT
THE RONALD REAGAN FEDERAL BUILDING
228 WALNUT STREET, ROOM 320
HARRISBURG, PA 17101

Re:  Saleh Mohamed Elazouni
     BANKRUPTCY CASE NO:1:17-bk-03882

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address for the above referenced debtor to:

407 Beaver Avenue, Apt B
Enola, PA 17025


Please remove old address from mailing matrix.

407 Beaver Street, Apt B
Enola, PA 17025

Thank you for your attention to this matter.


Sincerely,


/s/ Elizabeth Snyder
Elizabeth Snyder, Paralegal