Certificate Number: 13858-PAM-DE-036346519

Bankruptcy Case Number: 17-03882



13858-PAM-DE-036346519

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 22, 2022, at 11:08 o'clock AM EST, Saleh Mohamed Elazouni completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 22, 2022	By: /s/Iraida Rios

Name: Iraida Rios

Title: Counselor