In re:                                                                                    Case No. 17-03882-HWV

Saleh Mohamed Elazouni                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Sep 15, 2022 | Form ID: 3180W | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Saleh Mohamed Elazouni, 407 Beaver Avenue, Apt. B, Enola, PA 17025-2309 |
| 4970042 | + | CALIBER HOME LOANS (CORRESPONDENCE), CUSTOMER SERVICE, PO BOX 24610, OKLAHOMA CITY, OK 73124-0610 |
| 4970044 | ++ | CAPITAL REGION WATER, ATTN AR MANAGER, 3003 N FRONT STREET, HARRISBURG PA 17110-1224 address filed with court:, CAPITAL REGION WATER, 100 PINE DRIVE, HARRISBURG, PA 17103 |
| 4970048 | + | CITY OF HARRISBURG, BUR OF OPERATIONS & REVENUE, 10 NORTH SECOND STREET, HARRISBURG, PA 17101-1677 |
| 4970051 | + | DAUPHIN COUNTY TAX CLAIM, 2 SOUTH 2ND STREET, HARRISBURG, PA 17101-2047 |
| 5060705 | + | Grassy Sprain Group, Suite C-11 No 217, 9858 Clint Moore Rd, Boca Raton, FL 33496-1034 |
| 5060706 | + | Grassy Sprain Group, Suite C-11 No 217, 9858 Clint Moore Rd, Boca Raton, FL 33496, Grassy Sprain Group Suite C-11 No 33496-1034 |
| 4970056 | + | HEATHER STONE, 9 WESTWOOD COURT, ENOLA, PA 17025-1508 |
| 4970061 | + | MAHMOUD AWAD, 35 GENESIS COURT, MIDDLETOWN, PA 17057-1177 |
| 4970062 | | MARKET PLACE LOAN TRUST 2016-CB1, PO BOX 1719, PORTLAND, OR 97207-1719 |
| 5047701 | + | THE BANK OF NEW YORK MELLON AS TRUSTEE ET. AL., CALIBER HOME LOANS, INC., 13801 WIRELESS WAY, OKLAHOMA CITY OK 73134-2500 |
| 5000270 | + | THE BANK OF NEW YORK MELLON,, Caliber Home Loans, PO Box 24330, Oklahoma City OK 73124-0330 |
| 4970068 | + | TOYOTA FINANCIAL SERVICES-BK Notices, PO BOX 9013, ADDISON, TX 75001-9013 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Sep 15 2022 18:46:00 | The Bank of New York Mellon,, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave.suite # 100, Boca Raton, FL 33487-2853 |
| 4970041 | | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Sep 15 2022 18:46:00 | BERKS CREDIT & COLLECTIONS INC, PO BOX 329, TEMPLE, PA 19560-0329 |
| 4970043 | | EDI: CAPITALONE.COM | Sep 15 2022 22:53:00 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 4970045 | + | EDI: CITICORP.COM | Sep 15 2022 22:53:00 | CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 4970049 | | EDI: PENNDEPTREV | Sep 15 2022 22:53:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 4970049 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 15 2022 18:46:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 4970050 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 15 2022 18:46:58 | CREDITONE BANK, CUSTOMER BILLING AND CORRESPONDENCE, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 4995816 | | Email/PDF: bncnotices@becket-lee.com | Sep 15 2022 18:47:14 | Capital One, N.A., c/o Becket and Lee LLP, PO |

District/off: 0314-1

Date Rcvd: Sep 15, 2022

User: AutoDocke

Form ID: 3180W

Page 2 of 4

Total Noticed: 46

Box 3001, Malvern PA 19355-0701

| 4970069 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | | |
|---|---|---|---|---|
| | | | Sep 15 2022 18:46:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 4970052 | | EDI: DISCOVER.COM | | |
| | | | Sep 15 2022 22:53:00 | DISCOVER BANK, 12 READS WAY, NEW CASTLE, DE 19720 |
| 4970053 | + | EDI: DISCOVERPL | | |
| | | | Sep 15 2022 22:53:00 | DISCOVER PERSONAL LOANS, PO BOX 30954, SALT LAKE CITY, UT 84130-0954 |
| 4970054 | + | EDI: CITICORP.COM | | |
| | | | Sep 15 2022 22:53:00 | DSNB MACYS, BK NOTICES, PO BOX 8053, MASON, OH 45040 |
| 5000209 | | EDI: Q3G.COM | | |
| | | | Sep 15 2022 22:53:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 4974240 | | EDI: DISCOVER.COM | | |
| | | | Sep 15 2022 22:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 4970055 | + | EDI: AMINFOFP.COM | | |
| | | | Sep 15 2022 22:53:00 | FIRST PREMIER BANK, 3820 N LOUISE AVENUE, SIOUX FALLS SD 57107-0145 |
| 4970057 | | EDI: IRS.COM | | |
| | | | Sep 15 2022 22:53:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 4970046 | | Email/Text: info@pamd13trustee.com | | |
| | | | Sep 15 2022 18:46:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 4970047 | | EDI: JPMORGANCHASE | | |
| | | | Sep 15 2022 22:53:00 | CHASE, 800 BROOKSEDGE BLVD, WESTERVILLE, OH 43081 |
| 4970060 | + | Email/Text: bk@lendingclub.com | | |
| | | | Sep 15 2022 18:46:00 | LENDING CLUB, 71 STEVENSON, STE 300, SAN FRANCISCO, CA 94105-2985 |
| 5014362 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 15 2022 18:47:06 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 5010514 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 15 2022 18:46:58 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5010283 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Sep 15 2022 18:46:58 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4970063 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Sep 15 2022 18:47:05 | MERRICK BANK COURT NOTICES, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 5002711 | | EDI: PRA.COM | | |
| | | | Sep 15 2022 22:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4970715 | + | EDI: RECOVERYCORP.COM | | |
| | | | Sep 15 2022 22:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4985311 | | EDI: PENNDEPTREV | | |
| | | | Sep 15 2022 22:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 4985311 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Sep 15 2022 18:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 4991955 | + | EDI: JEFFERSONCAP.COM | | |
| | | | Sep 15 2022 22:53:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5012152 | | EDI: Q3G.COM | | |
| | | | Sep 15 2022 22:53:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4970064 | | EDI: CITICORP.COM | | |
| | | | Sep 15 2022 22:53:00 | SEARS/CBNA, PO BOX 6286, SIOUX FALLS, |

| | | | | |
|---|---|---|---|---|
| | | | | SD 57117-6286 |
| 4970065 | + | EDI: RMSC.COM | | |
| | | | Sep 15 2022 22:53:00 | SYNCB/LOWES, PO BOX 965004, ORLANDO, FL 32896-5004 |
| 4970066 | + | EDI: RMSC.COM | | |
| | | | Sep 15 2022 22:53:00 | SYNCB/WALMART, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 4970067 | + | EDI: CITICORP.COM | | |
| | | | Sep 15 2022 22:53:00 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 4982397 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | | Sep 15 2022 18:46:00 | Toyota Motor Credit Corp, PO Box 9013, Addison, TX 75001-9013 |
| 4970070 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | | |
| | | | Sep 15 2022 18:46:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5240833 | | The Bank of New York Mellon, c/o Select Portfolio Servicing, Inc., The Bank of New York Mellon, c/o Select Portfolio Servicing, Inc. |
| 5240832 | | The Bank of New York Mellon, c/o Select Portfolio Servicing, Inc. |
| cr | * | MARKET PLACE LOAN TRUST 2016-CB1, PO BOX 1719, PORTLAND, OR 97207-1719 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4973086 | *+ | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 4970058 | * | IRS CENTRALIZED INSOLVENCY ORGANIZATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 4970059 | ## | JOSEPH THOMAS SUCEC ESQUIRE, PO BOX 317, GRANTHAM, PA 17027-0317 |

TOTAL: 2 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2022         Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Saleh Mohamed Elazouni DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |

District/off: 0314-1

User: AutoDocke

Page 4 of 4

Date Rcvd: Sep 15, 2022

Form ID: 3180W

Total Noticed: 46

James Warmbrodt

on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

James Warmbrodt

on behalf of Creditor The Bank of New York Mellon successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bkgroup@kmllawgroup.com

Jerome B Blank

on behalf of Creditor THE BANK OF NEW YORK MELLON et. al. pamb@fedphe.com

Jerome B Blank

on behalf of Creditor HE BANK OF NEW YORK MELLON AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 pamb@fedphe.com

Kara Katherine Gendron

on behalf of Debtor 1 Saleh Mohamed Elazouni karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Lorraine Gazzara Doyle

on behalf of Creditor The Bank of New York Mellon successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif ldoyle@milsteadlaw.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Mario J. Hanyon

on behalf of Creditor The Bank of New York Mellon successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Thomas Song

on behalf of Creditor THE BANK OF NEW YORK MELLON et. al. tomysong0@gmail.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 12

| Information to identify the case: | | |
| --- | --- | --- |
| Debtor 1 | **Saleh Mohamed Elazouni** | Social Security number or ITIN xxx–xx–6775 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN  _ _ _ _ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:17–bk–03882–HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Saleh Mohamed Elazouni

**By the court:**

9/15/22

Henry W. Van Eck, Chief Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 1:17-bk-03882-HWV    Doc 95    Filed 09/17/22    Entered 09/18/22 00:22:53    Desc
Imaged Certificate of Notice    Page 7 of 7